UNITED STATES DISTRICT COURT ) FOR THE EASTERN DISTICT OF TEXAS
)
) CAUSE NO. 6:17-cv-00561

John Winston Forrester, John Phillip Forrester, James Terry, Jason Webb, Alberto Rodriguez, Jason Floyd Smith, Robert Benninger, and Joshua Howell
    Plaintiffs

VS

Wood County, Texas, James A. Brown, William Miles Tucker, Kelly Smith, Kevin Atkinson, Stephen Cates, John A. Hammack, and Jerry Wayne Boone
    Defendants

Answer to Complaint

Comes now the Defendant, Jerry Wayne Boone, for his answer to Plaintiffs Complaints and says as follows:

1.   I, Jerry Wayne Boone, one of the defendants in this case, deny all allegations pertaining to me. And deny any knowledge of all other allegations made by plaintiffs.

    Respectively submitted,

    Jerry Wayne Boone, Defendant

    320 Count Road 1326
    Quitman, Tx. 75783

    903-878-7204

Certificate of Service

The undersigned hereby certifies that a copy of the forgoing Answer has been furnished to all parties herein by depositing the same in the United States mail.

_____
Defendant

Downloaded from http://www.wikihow.com