## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| JOHN WINSTON FORRESTER, et al., | § | |
|---|---|---|
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 6:17CV561 |
| v. | § | |
| | § | *JURY DEMANDED* |
| WOOD COUNTY TEXAS, et al., | § | |
| Defendants. | § | |

## PROPOSED AMENDED DOCKET CONTROL ORDER

Pursuant to the Court's Order (Docket No. 61), the Parties file the following joint amended Docket Control Order.

It is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| **3 DAYS after conclusion of trial** | Parties to file **Motion to Seal Trial Exhibits**, if they wish to seal any highly confidential exhibits.<br><br>**EXHIBITS: See Order below regarding exhibits.** |
|---|---|
| **March 25, 2019**<br><br>Court designated date – not flexible without good cause - Motion Required | **JURY TRIAL before Judge Robert W. Schroeder III, in Tyler, Texas.**<br><br>For planning purposed, parties shall be prepared to start the evidentiary phase of trial immediately following jury selection. |
| **March 18, 2019**<br><br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. JURY SELECTION before Judge Robert W. Schroeder III, in Tyler, Texas.** |
| **March 5, 2019**<br><br>Court designated date – not flexible without good cause - Motion Required | **10:00 a.m. PRETRIAL CONFERENCE before Judge Robert W. Schroeder III, in Texarkana, Texas.**<br><br>All pending motions will be heard.<br>Lead trial counsel must attend the pretrial conference. |

| | |
|---|---|
| **February 26, 2019** | **File a Notice of Time Requested for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments.** |
| **February 26, 2019** | **File Responses to Motions *in Limine*.** |
| **February 19, 2019** | **File Motions *in Limine* and pretrial objections.**<br><br>The parties are **ORDERED** to meet and confer to resolve any disputes before filing any motion *in limine* or objection to pretrial disclosures. |
| **February 19, 2019** | **File Joint Final Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials.**<br><br>Parties shall use the pretrial order form on Judge Schroeder's website.<br><br>Proposed Findings of Fact and Conclusions of Law with citations to authority for issues tried to the bench. |
| **February 12, 2019** | Exchange Objections to Rebuttal Deposition Testimony. |
| **February 5, 2019** | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due.**<br><br>If a daily transcript or real time reporting of court proceedings is required for trial or hearings, the party or parties making said request shall file a notice with the Court. |
| **February 5, 2019** | Exchange Rebuttal Designations and Objections to Deposition Testimony.<br><br>For rebuttal designations, cross examination line and page numbers to be included.<br><br>In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designation and the Court's rulings on objections. |

| **January 23, 2019** | Exchange Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof. |
| --- | --- |
| | Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall serve a disclosure identifying the line and page numbers to be offered. |
| **January 15, 2019**<br><br>Court designated date – note flexible without good cause – Motion Required | **Any remaining Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions).**<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to exceed page limits will only be granted in exceptional circumstances</u>.<br><br>For each motion filed, the moving party shall provide the Court with one (1) copy of the completed briefing (opening motion, response, reply, and if applicable, surreply), excluding exhibits, in a three-ring binder appropriately tabbed. All documents SHALL be double-sided and must include the CM/ECF header. These copies shall be delivered to Judge Schroeder's chambers in Texarkana as soon as briefing has completed.<br><br>**Respond to Amended Pleadings.** |
| **January 14, 2019** | Parties to Identify Rebuttal Trial Witnesses. |
| **January 7, 2019** | Parties to Identify Trial Witnesses; Amend Pleadings.<br><br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. |
| **December 10, 2018** | Discovery Deadline. |
| **November 12, 2018** | Document Production Deadline |

| **November 12, 2018** | Parties designate rebuttal expert witnesses, rebuttal expert witness reports due. Refer to Local Rules for required information. |
| --- | --- |
| | If, without agreement, a party serves a supplemental expert report after the rebuttal expert report deadline has passed, the serving party must file notice with the Court stating service has occurred and the reason why a supplemental report is necessary under the circumstances. |
| **October 11, 2018** | Parties with burden of proof designate expert witnesses. Expert witness reports due. Refer to Local Rules for required information. |
| **5 Days** | **EXPECTED LENGTH OF TRIAL** |

In the event that any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day.

The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion."

A party may request an oral hearing on a motion filed with the Court. Any such request shall be included in the text or in a footnote on the first page of the motion or any responsive pleading thereto. The Court does not hold telephonic hearings absent unusual circumstances.