**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JOHN WINSTON FORRESTER, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:17cv561** |
| | § | |
| **WOOD COUNTY, TEXAS, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

TO THE UNITED STATES DISTRICT COURT:

Notice is hereby given that Brett Gardner of the law firm of Messer, Rockefeller & Fort, PLLC hereby enters his appearance as co-counsel and additional attorney of record for Plaintiffs, John Winston Forrester, John Philip Forrester, James Terry, Jason Webb, Alberto Rodriguez, Jason Floyd Smith, Robert Benninger, Joshua Howell, and Jose Perez, in all further proceedings in this cause and request that all future notices from the Court and filings of the parties be transmitted to the following address:

Brett Gardner
Texas State Bar No. 24078539
**MESSER, ROCKEFELLER & FORT, PLLC**
6371 PRESTON ROAD, SUITE 200
FRISCO, TX 75034
972.668.6400 - TELEPHONE
972.668.6414 - FACSIMILE
brett@txmunicipallaw.com

Respectfully submitted,

*/s/ Brett Gardner*
**WM. ANDREW MESSER**
STATE BAR NO. 13472230
andy@txmunicipallaw.com
**BRETT GARDNER**
State Bar No. 24078539
brett@txmunicipallaw.com
**MESSER, ROCKEFELLER & FORT, PLLC**
6371 PRESTON RD., SUITE 200
FRISCO, TEXAS 75034
972.668.6400 - TELEPHONE
972.668.6414 - FACSIMILE

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On August 22, 2018, I electronically submitted the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Brett Gardner*
**BRETT GARDNER**