IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN WINSTON FORRESTER, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 6:17cv561 |
| | § | |
| WOOD COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## STIPULATIONS REGARDING EXPERT DESIGNATIONS

TO THE HONORABLE COURT:

    Pursuant to Rule 29 of the Federal Rules of Civil Procedure, plaintiffs and defendants Wood County, Kelly Smith, Kevin Atkinson, Stephen Cates, James A. Brown, and William Miles Tucker[1] agree and stipulate to the following:

1. The parties have filed a joint motion to amend the current Docket Control Order, extending certain deadlines, including the deadlines for plaintiffs' designation of expert witnesses with written reports and for defendants' designation of expert witnesses with written reports. The current deadline for plaintiffs to designate expert witnesses and provide reports is October 11, 2018. The current deadline for defendants to designate expert witnesses and provide reports is November 12, 2018. The parties sought to extend the respective expert designation deadlines by approximately thirty (30) days for the plaintiffs and approximately thirty (30) days for the defendants.

2. The plaintiffs' deadline to designate expert witnesses and provide written reports will be stayed until the Court grants the motion to amend the Docket Control Order or until two (2) weeks after the Court denies the motion. Plaintiffs' new deadline to designate expert witnesses and provide written reports will be the date indicated in the amended Docket Control Order or two weeks after the date of the order denying the motion to amend the Docket Control Order.

3. The defendants' deadline to designate expert witnesses and provide written reports will likewise be stayed until one (1) month after the new deadline for plaintiffs' expert designation and reports.

4. These stipulated extensions will not affect the time set for completing discovery, a hearing for a motion, or the trial date.

---

[1] It is unknown whether pro se defendants John Hammack and Jerry Boone joint in this joint stipulation.

Respectfully submitted,

*/s/ Wm. Andrew Messer*
**WM. ANDREW MESSER**
State Bar No. 13472230
andy@txmunicipallaw.com
**BRETT GARDNER**
State Bar No. 24078539
brett@txmunicipallaw.com
**MESSER, ROCKEFELLER & FORT, PLLC**
6371 Preston Road, Suite 200
Frisco, TX  75034
972.668.6400 – Telephone
972.668.6414 – Facsimile

**COUNSEL FOR PLAINTIFFS**

**FLOWERS DAVIS, P.L.L.C**
1021 ESE Loop 323, Suite 200
Tyler, Texas  75701
(903)534-8063
(903)534-1650 Facsimile
*/s/ Lee Correa*
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Attorney
**LEE I. CORREA**
State Bar No. 24072049
lic@flowersdavis.com

**ATTORNEYS FOR DEFENDANTS**
**WOOD COUNTY, TEXAS, KELLY SMITH,**
**KEVIN ATKINSON, AND STEPHEN CATES**

*/s/ David Iglesias*
David Iglesias (Lead Counsel)
State Bar No. 24051733
IGLESIAS LAW FIRM, PLLC
909 ESE Loop 323, Ste 702
Tyler, Texas  75701
(903)944-7185
david@iglesiaslawfirm.com

**ATTORNEYS FOR DEFENDANT**
**WILLIAM MILES TUCKER**

By:     */s/ James W. Hryekewicz*

>GRANT D. BLAIES
>State Bar No. 00783669
>Email: grantblaies@bhilaw.com
>
>JAMES W. HRYEKEWICZ
>State Bar No. 00784298
>Email: jenniferlitke@bhilaw.com

BLAIES & HIGHTOWER, L.L.P.
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
817-334-0800  (Telephone)
817-334-0574  (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**JAMES A. BROWN**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018, I electronically served the foregoing document via the clerk of the court for the U.S. District Court, Eastern District of Texas to all counsel of record and parties pro se via regular mail and certified mail, return receipt requested.

>*/s/ Brett Gardner*
>**BRETT GARDNER**