IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN WINSTON FORRESTER, <br> JOHN PHILIP FORRESTER, <br> JAMES TERRY, JASON WEBB, <br> ALBERTO RODRIGUEZ, <br> JASON FLOYD SMITH, <br> ROBERT BENNINGER, <br> JOSHUA HOWELL, and JOSE PEREZ <br><br> *Plaintiffs* <br><br> v. <br><br> WOOD COUNTY, TEXAS, <br> JAMES A. BROWN, in his individual capacity, <br> WILLIAM MILES TUCKER, in his individual capacity, KELLY SMITH, in his individual capacity, KEVIN ATKINSON, in his individual capacity, STEPHEN CATES, in his individual capacity, JOHN A. HAMMACK, and JERRY WAYNE BOONE <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:17-cv-00561 <br><br><br><br><br><br> JURY DEMANDED |

## PLAINTIFFS' NOTICE OF DISCLOSURE OF EXPERT TESTIMONY

As required by Local Rule CV-26(c), plaintiffs hereby give notice that they have made the disclosure of expert testimony required by Rule 26(a)(2), Fed. R. Civ. P., this 12th day of November, 2018, and served a copy upon defendants' counsels of record by e-mail and to pro se defendants via certified mail, return receipt.

Respectfully submitted,

*/s/ Wm. Andrew Messer*
**WM. ANDREW MESSER**
STATE BAR NO. 13472230
andy@txmunicipallaw.com

___

**PLAINTIFFS' NOTICE OF DISCLOSURE OF EXPERT TESTIMONY**     Page 1

ASHLEY MCSWAIN
State Bar No. 24091100
ashley@txmunicipallaw.com
**MESSER, ROCKEFELLER & FORT, PLLC**
6371 PRESTON ROAD, SUITE 200
FRISCO, TEXAS 75034
TELEPHONE – (972) 668-6400
FACSIMILE – (972) 668-6414

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Wm. Andrew Messer*
**WM. ANDREW MESSER**